UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE SMITH,

        Petitioner,        Case No. 1:11cv851

v.        Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.
_____/

## ORDER APPROVING and ADOPTING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 10, 2012,. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 10, 2012,, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket # 17) is **GRANTED** and Plaintiff's Motion for Subpoena (docket #19) is **DENIED.** This matter is closed.

Dated:    May 2, 2012        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE